IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| HARVEST BANK OF MARYLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:09-CV-00176-RWT |
| ) | |
| COUNTRYWIDE HOME LOANS, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR HARVEST BANK OF MARYLAND**

Andrew B. Schulwolf moves this court for an order relieving him as attorney of record for Harvest Bank of Maryland, in the above captioned action. Pursuant to Local Rule 101(2)(a), appearance of counsel may be withdrawn, with leave of the Court, if appearance of other counsel has been entered. The appearance of other counsel has been entered, and Harvest Bank continues to be represented by the law firm of Liles Parker, PLLC.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant leave for the undersigned counsel to withdraw representation in this matter.

Respectfully Submitted,

/s/ Andrew B. Schulwolf
Andrew B. Schulwolf
**ALBERT & SCHULWOLF, LLC**
2273 Research Boulevard, Suite 200
Rockville, MD 20850
Tel: 301-519-1919
Fax: 301-519-9222

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Fed. R. Civ. P. 5 (a) a true and correct copy of the foregoing Motion to Withdraw as Counsel was electronically filed thereby served on Robert A. Scott, Esq. and Glenn A. Cline, Esq., Ballard Spahr Andrews & Ingersoll, LLP, 300 E. Lombard St.,18th Floor, Baltimore, MD 21202, on the 21st day of January, 2011.

          /s/ Andrew B. Schulwolf
          Andrew B. Schulwolf

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| HARVEST BANK OF MARYLAND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTRYWIDE HOME LOANS, INC. )<br>)<br>Defendant. )<br>) | Case No. 8:09-CV-00176-RWT |

**ORDER**

Andrew B. Schulwolf, counsel for Harvest Bank of Maryland, having appeared and filed his Motion FOR LEAVE TO WITHDRAW AS COUNSEL FOR HARVEST BANK OF MARYLAND,

IT IS ORDERED that:

1. Andrew B. Schulwolf may withdraw as counsel for Harvest Bank of Maryland in this action.

2. All further notices may be served on Michael R. Carithers, Jr., Liles Parker, PLLC, 4400 MacArthur Blvd. NW, Suite 203, Washington, DC 20007.

Dated: _____

_____
Roger W. Titus
United States District Judge