IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HARVEST BANK OF MARYLAND,**     *

      **Plaintiff,**     *

v.     *     Civil Action No.:  RWT-09-176

**COUNTRYWIDE HOME LOANS, INC.,**     *

      **Defendant.**     *
**\*\*\*\*\*\***

## SHOW CAUSE ORDER

Upon consideration of the Defendant Countrywide Home Loans, Inc.'s Motion to Reissue Show Cause Order to Rosa Herrera (ECF 131), it is this **8th** day of **February, 2011**, by the United States District Court for the District of Maryland

**ORDERED,** that non-party witness, **Rosa Herrera**, shall appear in the U.S. District Court located at 6500 Cherrywood Lane, Greenbelt, MD 20770 before the Honorable Charles B. Day, on **April 12, 2011 at 10:00 a.m. in Courtroom 2A** and show cause as to why she should not be found in contempt of Court for failure to appear at the deposition noticed for October 6, 2010; provided Defendant serves a copy of the Motion for Contempt and to Compel Discovery (ECF 107) and this Order on **Rosa Herrera**, on or before the **11th** day of **March, 2011.**

**ROSA HERRERA IS HEREBY ADVISED THAT FAILURE TO APPEAR AS ORDERED MAY SUBJECT HER TO PENALTY FOR CONTEMPT.**

                                                         /s/
                                            Charles B. Day
                                            United States Magistrate Judge