IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **HARVEST BANK OF MARYLAND,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:   RWT-09-176 |
| **COUNTRYWIDE HOME LOANS, INC.,** | * | |
| Defendant. | * | |

******

## SHOW CAUSE ORDER

Upon consideration of the Defendant Countrywide Home Loans, Inc.'s Motion to Reissue Show Cause Order to Mark Mangieri (ECF 133), it is this **8th** day of **February, 2011**, by the United States District Court for the District of Maryland

**ORDERED,** that non-party witness, **Mark Anthony Mangieri**, shall appear in the U.S. District Court located at 6500 Cherrywood Lane, Greenbelt, MD 20770 before the Honorable Charles B. Day, on **April 12, 2011 at 10:00 a.m. in Courtroom 2A** and show cause as to why he should not be found in contempt of Court for failure to appear at the deposition noticed for October 18, 2010; provided Defendant serves a copy of the Motion for Contempt and to Compel Discovery (ECF 108) and this Order on **Mark Anthony Mangieri**, on or before the **11th** day of **March, 2011.**

**MARK ANTHONY MANGIERI IS HEREBY ADVISED THAT FAILURE TO APPEAR AS ORDERED MAY SUBJECT HIM TO PENALTY FOR CONTEMPT.**

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Charles B. Day
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge