UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| HARVEST BANK OF MARYLAND | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CIVIL ACTION NO.: 8:09-cv-00176-RWT |
| COUNTRYWIDE HOME LOANS, INC. | * | |
| | * | |
| Countrywide. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Defendant, Countrywide Home Loans, Inc., by its attorneys, moves to exclude all expert testimony of Terry Mendenhall, for purposes of summary judgment or trial, under Federal Rule of Evidence 702.  The grounds for Defendant's motion are contained in the Memorandum of Law attached hereto and incorporated herein.

WHEREFORE, Defendant requests that the Court exclude all testimony of Mr. Mendenhall, for purposes of summary judgment or trial, and grant such other and further relief as it deems appropriate.

Respectfully submitted,
       /s/ Robert A. Scott
Robert A. Scott (Fed Bar # 024613)
Glenn A. Cline  (Fed. Bar #26672)
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

*Attorneys for Defendant*

OF COUNSEL:
Martin C. Bryce, Jr., Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  215-665-8500

DMEAST #13071948 v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 9th day of February, 2011, a true and correct copy of the foregoing Defendant's Motion to Exclude Expert Testimony and Memorandum in support thereof were filed and served on all counsel of record electronically using the Court's ECF filing system.

/s/ Robert A. Scott
Robert A. Scott