**HARVEST BANK OF MARYLAND V. COUNTRYWIDE HOME LOANS, INC.**

**MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY**

**APPENDIX OF EXHIBITS**

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1. | Transcript Excerpts from Deposition of John Hollerbach |
| 2. | Mortgage Loan Purchase and Servicing Agreement |
| 3. | Transcript Excerpts from Deposition of Terry Mendenhall |
| 4. | Purported Notice Letter Dated July 26, 2010 |
| 5. | Transcript Excerpts from Deposition of Larry Singer |
| 6. | Plaintiff's Rule 26(a)(2) Disclosures |
| 7. | Original Report of Terry Mendenhall Dated October 30, 2009 |
| 8. | Supplemental Report of Terry Mendenhall Dated August 13, 2010 |
| 9. | Curriculum Vitae of Terry Mendenhall |
| 10. | Report of Countrywide's Expert Charles Goldstein |