Case 8:09-cv-00176-RWT   Document 138-3   Filed 02/09/11   Page 1 of 15
DEPOSITION OF JOHN P. HOLLERBACH
CONDUCTED ON FRIDAY, MARCH 19, 2010

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

SOUTHERN DIVISION

_____
                                    )
HARVEST BANK OF MARYLAND,           )    Case Number:
                                    )
       Plaintiff,                   )    8:09-CV-00176-RWT
                                    )
vs.                                 )
                                    )
COUNTRYWIDE HOME LOANS, INC.,       )
                                    )
       Defendant.                   )
_____)


Deposition of

JOHN P. HOLLERBACH

Baltimore, Maryland

Friday, March 19, 2010

9:58 a.m.


Job No.: 1-175796

Pages: 1 - 172

Reported by: John L. Harmonson, RPR

EXHIBIT 1

Case 8:09-cv-00176-RWT   Document 138-3   Filed 02/09/11   Page 2 of 15
DEPOSITION OF JOHN P. HOLLERBACH
CONDUCTED ON FRIDAY, MARCH 19, 2010

Page 2

```
 1
 2
 3                    Deposition of
 4                 JOHN P. HOLLERBACH
 5
 6
 7    Held at the offices of:
 8         BALLARD SPAHR, LLP
 9         300 East Lombard Street
10         18th Floor
11         Baltimore, Maryland  21202
12         (410) 528-5600
13
14
15      Taken pursuant to the Federal Rules of Civil
16    Procedure, before John L. Harmonson, Registered
17    Professional Reporter, Notary Public in and for the
18    State of Maryland, who officiated in administering the
19    oath to the witness.
20
21
22
```

Case 8:09-cv-00176-RWT   Document 138-3   Filed 02/09/11   Page 3 of 15
DEPOSITION OF JOHN P. HOLLERBACH
CONDUCTED ON FRIDAY, MARCH 19, 2010

Page 3

```
 1                    APPEARANCES
 2
 3     ON BEHALF OF PLAINTIFF:
 4          MICHAEL R. CARITHERS, JR., ESQUIRE
 5          DAVID P. PARKER, ESQUIRE
 6          Liles Parker, PLLC
 7          4400 MacArthur Boulevard, N.W.
 8          Suite 203
 9          Washington, D.C.  20007
10          (202) 298-8750
11
12
13
14     ON BEHALF OF DEFENDANT:
15          ROBERT A. SCOTT, ESQUIRE
16          GLENN A. CLINE, ESQUIRE
17          Ballard Spahr, LLP
18          300 East Lombard Street
19          18th Floor
20          Baltimore, Maryland  21202
21          (410) 528-5600
22
```

```
 1    That's Harvest Bank of Maryland's headquarters.
 2       Q.    And how long have you been employed at
 3    Harvest Bank?
 4       A.    I'm the founder of the bank, which was
 5    organized during the 2003-2004 period.  My official
 6    employment began the date that we were certified by
 7    the State of Maryland and FDIC, which was
 8    November 15, 2004.  I was employed by the organization
 9    group prior to that for approximately eight months.
10       Q.    And your current title with Harvest Bank
11    is?
12       A.    Harvest Bank of Maryland.
13       Q.    Just for purposes of the deposition, when I
14    say Harvest Bank, I mean Harvest Bank of Maryland.
15       A.    Okay.  Thank you.
16             My title is vice chairman, president and
17    CEO.
18       Q.    How many employees does the bank have?
19       A.    Approximately 32.  I'm not sure what
20    exactly it is today, but it's about 32.
21       Q.    And what are your responsibilities?
22       A.    I have general executive responsibilities
```

1    for the company and its holding company, Harvest

2    Bancorp.

3        Q.   What do you mean by general executive

4    responsibilities?

5        A.   Those duties that would normally accrue to

6    a chief executive of a bank holding company and a

7    bank.

8        Q.   Can you tell me what they are, please?

9        A.   They would involve a variety of supervisory

10   activities of a general nature.  Coordinating the

11   marketing, asset management, financial results,

12   forecasting, budgeting, a supervisory role over

13   various people who do all of those roles.

14       Q.   Do you report to the board of directors?

15       A.   Yes, I do.

16       Q.   Are you the highest ranking executive at

17   the bank?

18       A.   Well, I'm the chief executive officer.  I

19   guess by definition that means that I am.

20       Q.   You don't report to anybody -- You don't

21   report to another executive; is that correct?

22       A.   No.  The chairman of the board coordinates

Case 8:09-cv-00176-RWT   Document 138-3   Filed 02/09/11   Page 6 of 15
DEPOSITION OF JOHN P. HOLLERBACH
CONDUCTED ON FRIDAY, MARCH 19, 2010

Page 12

```
 1    the activities of the board.  I report to the board in
 2    total.
 3         Q.   What did you do before you got involved
 4    with Harvest Bank?
 5         A.   Can you refine that question?  I've had 35
 6    years of employment.
 7         Q.   I don't want to go through your entire
 8    35-year employment history.  But what was the job you
 9    had before you got involved with Harvest Bank?
10         A.   Well, immediately prior to the formation of
11    the bank I was a CPA in my own practice, doing work
12    for a variety of clients in the banking sectors and
13    nonprofit sectors, small manufacturers, tech
14    companies, as a general interim CFO or financial
15    advisor.
16         Q.   Did you operate as a business entity or
17    just as a sole proprietorship?
18         A.   I have an LLC that I operate under that
19    flows directly into my personal income tax statement.
20    So I'm the only employee of that.
21         Q.   It was under that LLC that you operated
22    your CPA practice?
```

1    A.   Yes.

2    Q.   What is the name of that LLC?

3    A.   Hollerbach & Associates, LLC.

4    Q.   And so how long were you engaged -- how
5  many years, approximately, were you engaged in this
6  private practice as a CPA?

7    A.   Well, in this latest iteration of it, about
8  two years.  Roughly two years, I would guess.  Being a
9  CPA for many years, I've had an ability to go in and
10 out of it as my more permanent employment situations
11 have changed.  So I have had several iterations of
12 this role, roughly doing similar things.

13   Q.   All right.  So the most recent period in
14 which you were a CPA in private practice was
15 immediately before you became involved with Harvest
16 Bank, and that period lasted about two years; is that
17 correct?

18   A.   I think that's a good estimate.  Two years,
19 yeah.

20   Q.   What did you do before that?

21   A.   Well, it's probably better to jump back a
22 few years prior to that and then work up to that.

1     Q.    Okay.  Why don't we do that.

2     A.    My background generally has been in

3  increasing roles of accounting and financial analysis

4  responsibility through many years.  Ten years in New

5  York in the Park Avenue area working for companies

6  like Bristol-Myers, Lehman Brothers, Citibank, and I

7  entered banking when I joined Citibank.

8           I came down to Maryland with Citibank in

9  1986.  I spent another two years with them in Maryland

10 working on the Choice credit card, then moved over to

11 Maryland National Bank for a couple of years until the

12 real estate market imploded.

13          I was in my CPA practice for a while then,

14 and my biggest client became Ed Hale.  And I assisted

15 in the ousting of the board of the Bank of Baltimore

16 and went in there as the senior VP finance, corporate

17 controller.  I was in that role in successor companies

18 for about five years.

19          I went back into industry after the

20 consolidation of the First Union business in Virginia

21 with the Poole & Kent Company as CFO.

22    Q.    I'm sorry.  The what company?

Case 8:09-cv-00176-RWT   Document 138-3   Filed 02/09/11   Page 9 of 15
DEPOSITION OF JOHN P. HOLLERBACH
CONDUCTED ON FRIDAY, MARCH 19, 2010

Page 15

1        A.   The Poole & Kent company, the mechanical

2   contractor which built Reagan Stadium and many other

3   buildings around here.

4             And after the sale of that building I hung

5   up my shield again and picked up a variety of clients

6   along the way, and ultimately that led to the work at

7   starting Harvest Bank of Maryland.

8        Q.   All right.

9        A.   That's a synopsis of a lot of different

10  types of roles.

11       Q.   All right.  Thank you.

12            I would like to focus initially on the

13  period that you were at Bank of Baltimore.

14       A.   Uh-huh.

15       Q.   What years was that, approximately?

16       A.   Well, the proxy contest concluded on

17  September 11, 1991.  I remember that date very

18  clearly.  We took over the management of the bank the

19  day after that and were, within a short period of

20  time, hit with regulatory orders for all of the issues

21  that we had raised in the proxy contest.  We were now

22  sitting there defending the bank.

1            I became, in addition to corporate
2    controller, the point man of the resolution of all of
3    those regulatory orders and worked through those with
4    the regulators for about three and a half years until
5    we sold the bank to First Fidelity Bank from
6    Philadelphia.
7         Q.   When was that?
8         A.   This was at the very end of 1994.  I stayed
9    on.  I basically played the same role as CFO for
10   Maryland for First Fidelity for another year until
11   the -- I don't remember the exact date, but the later
12   part of 1995.
13           And then First Fidelity was sold to First
14   Union, so I stayed on for a little while as the CFO
15   for Maryland for First Union.  And eventually that
16   role was consolidated into the Virginia part of First
17   Union, so I had a severance package offered to me,
18   which I moved on to and I went back into industry with
19   Poole & Kent.
20        Q.   So the year that you took the severance
21   package was '95?
22        A.   Right at the end of '95, yeah.

1   Q.   And you said that you entered banking with
2   Citibank. What year was that?
3   A.   1984.
4   Q.   All right. And you came to Maryland with
5   Citibank in 1986?
6   A.   Right. Right at the beginning, January of
7   '86.
8   Q.   And what was your job title at that time
9   when you came to Maryland?
10  A.   I was VP of finance for the marketing
11  division for the Choice card.
12  Q.   That was a credit card?
13  A.   Yeah. It was a competitor card to Visa and
14  Master Card. It was a Citibank-owned competitor. A
15  part of my role was to figure out what to do with it,
16  how to get broader acceptance in the merchant
17  community.
18       And after a couple of years we figured out
19  that there wasn't the amount of merchant acceptance
20  that would be needed to make it a full-scale
21  competitor. So it morphed into an entry-level Visa
22  card, basically marketed to students and people who

1    had credit problems.

2         So at that point my job went away and I was

3    considering going back to New York with Citi.  I had

4    an opportunity to go back there, and with a young

5    family I decided that wasn't the best thing to do.

6         And I met the CFO of Maryland National Bank

7    and he offered me a job.

8         Q.   All right.  And you worked at Maryland

9    National for how long?

10        A.   Less than two years.  I would say about 22

11   months or so.

12        Q.   And your job there was?

13        A.   I was manager of budgets for Maryland

14   National Bank.

15        Q.   And you left there in what year?

16        A.   The later part of 1990.

17        Q.   What's your educational background?

18        A.   BBA in accounting from Iona College.  MBA

19   also from Iona.  CPA in Maryland.  Certificate in

20   environmental studies from Hopkins.

21        Q.   So you got your bachelor's from Iona in

22   what year?

1      A.   '75.

2      Q.   And then your MBA in what year?

3      A.   '79.

4      Q.   And you became a licensed CPA in what year?

5      A.   1990.

6      Q.   And you continue to be a licensed CPA?

7      A.   Yeah. I'm an active CPA.

8      Q.   In Maryland?

9      A.   Yes.

10     Q.   Any other states?

11     A.   No.

12     Q.   And then you mentioned another degree from

13  Hopkins?

14     A.   A certificate in environmental studies. It

15  was a two-year certificate program.

16     Q.   When did you get that?

17     A.   I think it was '88 or '89. I'm not quite

18  sure on that. Let me think about that. I was just

19  finishing up at -- No, I would say it's probably '94.

20  '94 I got that. Because I remember being at Bank of

21  Baltimore as I was completing it.

22     Q.   Any other education?

1   million-dollar loss before I got there.

2           And there was a hard lesson learned with

3   Stuart and the CEO at Cardinal Bank about being

4   careful about risk management, which I totally bought

5   into and endorsed wholeheartedly.

6           So that was the general theme.  I mean

7   again, when we brought the initial portfolio -- and I

8   want to say it was 5 or 6 million dollars out of that

9   10 or 11 million dollars that we brought in from

10  capital that we put to work in some bonds when we

11  first started.  There was always this underlying theme

12  in our relationship about my aversion to excess credit

13  risk.

14          So when we started talking about

15  Countrywide mortgages, the conversation immediately

16  went to "We are a commercial bank.  Our business is

17  making commercial loans, real estate loans, business

18  loans.  It's been suggested to us in the course of

19  conversations with investors, regulators, other

20  people, that it may be a good idea to diversify the

21  portfolio a little bit, that we don't know this

22  business, how do we do this?"

```
 1          Q.    This is what you told Mr. McGehee?
 2          A.    Yes, absolutely.
 3                "I don't want to have to worry about any
 4    residential loans that we buy from you.  What's the
 5    criteria that we look to in determining what's a
 6    portfolio that we won't have to worry about?  Because
 7    I know how to underwrite commercial loans.  We know
 8    that just inherent in any given market there is risk
 9    here."
10                And at that point in time we may have had
11    70 or 80 million dollars in commercial loans on the
12    books already, and my thin staff had to spend time
13    making sure that the underwriting and the tracking of
14    those loans and servicing of them was what it needed
15    to be.
16                "So Stuart, what is the criteria?  What can
17    we do to ensure that any loans we buy are going to be
18    good?"
19                And that conversation developed very
20    quickly into three parameters, which I know you heard
21    him speak of at his deposition.  It was 700 credit
22    score; it was 80 percent loan to value or less; and it
```