Case 8:09-cv-00176-RWT   Document 138-7   Filed 02/09/11   Page 1 of 8
DEPOSITION OF LAWRENCE A. SINGER, VOL. I
CONDUCTED ON WEDNESDAY, MARCH 10, 2010

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

SOUTHERN DIVISION

_____
                                   )
HARVEST BANK OF MARYLAND,          )   Case Number:
                                   )
       Plaintiff,                  )   8:09-CV-00176-RWT
                                   )
vs.                                )
                                   )
COUNTRYWIDE HOME LOANS, INC.,      )
                                   )
       Defendant.                  )
_____)

Volume 1

Deposition of

LAWRENCE A. SINGER

Baltimore, Maryland

Wednesday, March 10, 2010

10:00 a.m.

Job No.: 1-175121

Pages: 1 - 197

Reported by: John L. Harmonson, RPR

EXHIBIT 5

Case 8:09-cv-00176-RWT   Document 138-7   Filed 02/09/11   Page 2 of 8
DEPOSITION OF LAWRENCE A. SINGER, VOL. I
CONDUCTED ON WEDNESDAY, MARCH 10, 2010

Page 2

1
2
3              Deposition of
4          LAWRENCE A. SINGER
5
6
7   Held at the offices of:
8          BALLARD SPAHR, LLP
9          300 East Lombard Street
10         18th Floor
11         Baltimore, Maryland   21202
12         (410) 528-5600
13
14
15     Taken pursuant to the Federal Rules of Civil
16  Procedure, before John L. Harmonson, Registered
17  Professional Reporter, Notary Public in and for the
18  State of Maryland, who officiated in administering the
19  oath to the witness.
20
21
22

Case 8:09-cv-00176-RWT   Document 138-7   Filed 02/09/11   Page 3 of 8
DEPOSITION OF LAWRENCE A. SINGER, VOL. I
CONDUCTED ON WEDNESDAY, MARCH 10, 2010

Page 3

```
 1                    APPEARANCES
 2
 3   ON BEHALF OF PLAINTIFF:
 4         MICHAEL R. CARITHERS, JR., ESQUIRE
 5         DAVID P. PARKER, ESQUIRE
 6         Liles Parker, PLLC
 7         4400 MacArthur Boulevard, N.W.
 8         Suite 203
 9         Washington, D.C.  20007
10         (202) 298-8750
11
12
13
14   ON BEHALF OF DEFENDANT:
15         ROBERT A. SCOTT, ESQUIRE
16         Ballard Spahr, LLP
17         300 East Lombard Street
18         18th Floor
19         Baltimore, Maryland  21202
20         (410) 528-5600
21
22
```

1   a lot of the decisions the bank makes.  In terms of
2   deciding on how much to buy, it's very much a treasury
3   function and allocation function between the lending
4   function of the bank, the treasury function of the
5   bank and executive management of the bank.
6          Mr. Hollerbach being the chief executive
7   officer, he obviously has the say in what we decide to
8   do with excess liquidity.
9       Q.   Now, after you decided, or the bank decided
10  which loans to buy off of the list, the bank had an
11  opportunity to review certain documentation associated
12  with each loan; is that correct?
13      A.   Yes.
14      Q.   And that would have included the credit
15  file and the collateral file; is that correct?
16      A.   Can you define those terms?
17      Q.   Let me strike the question.  I'll ask a
18  different question.
19          What documentation did Countrywide provide
20  to Harvest Bank with respect to each mortgage loan?
21      A.   A variety of pieces of information.
22      Q.   What was included in that?

Case 8:09-cv-00176-RWT   Document 138-7   Filed 02/09/11   Page 5 of 8
DEPOSITION OF LAWRENCE A. SINGER, VOL. I
CONDUCTED ON WEDNESDAY, MARCH 10, 2010

Page 75

1        A.    Everything from credit applications through
2    closing documentation.
3        Q.    So the loan application would typically be
4    in there?
5        A.    Sometimes several of them.
6        Q.    Okay.  And the closing documents, that
7    would include the deed of trust?
8        A.    There may have been times something was
9    missing.  So it would help if I could actually see a
10   package, I can go through it with you.
11       Q.    Well, how were the documents transmitted to
12   the bank?
13       A.    Which documents?
14       Q.    The documents that you would review with
15   respect to each loan after you decided you wanted
16   to -- after the bank decided it wanted to purchase it.
17       A.    Through a CD.
18       Q.    That would be physically shipped to you at
19   the bank?
20       A.    Yes.
21       Q.    And so on the CD would be various documents
22   associated with the underwriting of the loan and the

1    closing of the transaction?

2         A.   Various, yes.

3         Q.   And I take it you or somebody at the bank

4    reviewed these files, right?

5         A.   Yes.

6         Q.   Was it you or was it somebody else?

7         A.   Me.

8         Q.   When you reviewed them, what were you

9    looking for?

10        A.   Credit score, lien position, loan to value,

11   geography.  Those were the drivers.

12        Q.   Were there ever any loans where you

13   indicated to Countrywide that the bank wanted to buy

14   them and then when you got the CD with the loan

15   documents on it and reviewed it, you went back to

16   Countrywide and said, "We've changed our mind, we

17   don't want this loan based on what's in the file"?

18        A.   I don't recall.

19        Q.   Were there ever any instances where you

20   reviewed a file that you got on CD from Countrywide

21   with respect to any of the loans and there were items

22   in it that were missing so that you requested more

1    Modifications to deeds of trust, for example.  Those
2    pieces of information would be subsequent additions to
3    credit and collateral files.
4        Q.   Okay.  Which you would receive at a later
5    time after you had already completed your due
6    diligence, correct?
7        A.   Yes, that's correct.
8        Q.   And so putting that information aside, the
9    subsequent information which you told me there were a
10   few times that you needed to get additional stuff that
11   you hadn't gotten originally, putting that aside, the
12   files that you got to do your due diligence from
13   Countrywide, the disks that were sent to you so that
14   you could review them for your due diligence, did you
15   ever have any problems getting what you needed from
16   Countrywide with respect to those files and that
17   information?
18       A.   I don't recall instances of issues.
19       Q.   So you don't recall any time where you
20   needed certain documents to do your due diligence and
21   for whatever reason you couldn't get them or didn't
22   get them?

Case 8:09-cv-00176-RWT   Document 138-7   Filed 02/09/11   Page 8 of 8
DEPOSITION OF LAWRENCE A. SINGER, VOL. I
CONDUCTED ON WEDNESDAY, MARCH 10, 2010

Page 151

1    A.   No.  I don't recall that there were issues
2  with getting information that we needed.
3         (Exhibit 19 marked for identification and
4  retained by counsel.)
5  BY MR. SCOTT:
6    Q.   Exhibit 19 is a purchase confirmation dated
7  July 28, 2006, for deal No. 2006-07-026.  Is that your
8  signature on the second page?
9    A.   It looks to be, yes.
10   Q.   And this deal included the -- it looks like
11 the Malate loan on Jennifer Lynne Drive in Brunswick,
12 right?
13   A.   Yes.  This mortgage loan schedule has that
14 loan on it.
15   Q.   And the doc type for this loan was
16 preferred, right, according to this chart?
17   A.   Yes, according to this chart.
18   Q.   By the way, were there any other categories
19 or columns in this chart which you did not understand?
20   A.   Can you give me a frame of reference,
21 please?
22   Q.   Well, you've told us that you didn't know