IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

(Southern Division)

| | |
|---|---|
| HARVEST BANK OF MARYLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.8:09-cv-00176-RWT |
| ) | |
| COUNTRYWIDE HOME LOANS, INC. ) | |
| ) | |
| Defendant ) | |

### PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

Plaintiff, HarVest Bank of Maryland, by counsel, and in accordance with Federal Rule of Civil Procedure 26(a)(2), identifies the following persons as its expert witnesses at trial in this matter:

1. Terry Mendenhall
   Terry Mendenhall Consulting
   3715 Castle Crest
   San Antonio, Texas 78230

EXHIBIT 6

It is anticipated that Mr. Mendenhall will be offered as an expert in the residential mortgage underwriting, lending and servicing industry. Attached hereto as Exhibit A is a copy of Mr. Mendenhall's Rule 26(a)(2)(B) report (not filed with the Court).

2. Stephen Jackson, Esq.
   Heise Jorgensen & Stefanelli P.A.
   Montvale Center
   18310 Montgomery Village Ave. Ste 400
   Gaithersburg, Maryland 20879

It is anticipated that Mr. Jackson will be offered as an expert in residential real estate foreclosures. Attached hereto as Exhibit B is a copy of Mr. Jackson's Rule 26(a)(2)(B) report (not filed with the Court).

Plaintiff reserves the right to amend and/or supplement its Rule 26(a)(2) Disclosures upon completion of discovery and as additional information becomes available through discovery or otherwise.

Plaintiff further reserves the right to identify any other expert(s) upon completion of discovery and as additional information becomes available through discovery or otherwise.

Respectfully submitted,

LILES PARKER, PLLC

_____/s/_____
Michael R. Carithers, Jr.
4400 MacArthur Boulevard, N.W.
Washington, DC 20007
Phone: 202-298-8750
Mobile: 240-416-2443
Fax: 202-337-5804
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 30th day of October 2009, a copy of the foregoing Plaintiff's Rule 26(a)(2) Disclosures was sent by electronic mail and U.S. first class mail, postage prepaid, to:

>Robert A. Scott, Esq.
>Ballard Spahr Andrews & Ingersoll, LLP
>300 East Lombard Street, 18th Floor
>Baltimore, MD 21202

>/s/
>Michael R. Carithers

>4400 MacArthur Boulevard, N.W.
>Washington, DC 20007
>Phone: 202-298-8750
>Mobile: 240-416-2443
>Fax: 202-337-5804
>Counsel for Plaintiff
>Bar No. 27272