UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| HARVEST BANK OF MARYLAND | * |
| Plaintiff, | * |
| v. | * |
| | *   CIVIL ACTION NO.: 8:09-cv-00176-RWT |
| COUNTRYWIDE HOME LOANS, INC. | * |
| Countrywide. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit 7, which is an attachment to the Memorandum in Support of Defendant's Motion to Exclude Expert Testimony, exists only in paper format and is longer than fifty pages. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

February 9, 2011
Date

____/s/_____
Robert A. Scott (Fed. Bar # 24613)
Glenn A. Cline (Bar # 26672)
Ballard Spahr, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Phone:  410-528-5600
Fax:      410-528-5650
E-Mail:  scottr@ballardspahr.com

Attorney for Defendant
Countrywide Home Loans, Inc.